# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ERNEST RENEY, PAUL RENEY,                          NO.  2021 CW 1148
PATRICIA JOHNSON, AND
ELIZABETH RENEY

VERSUS

SHELTON RESTAURANT GROUP,                          DECEMBER 20, 2021
LLC D/B/A POPEYE'S LOUISIANA
KITCHEN, AND INSURANCE
PROGRAMS OF AMERICA, INC.

---

In Re:    Shelton Restaurant Group, LLC d/b/a Popeye's Louisiana
          Kitchen, United Specialty Insurance Company, and
          Insurance Programs of America, Inc., applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 683,934.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT GRANTED WITH ORDER.** The trial court's June 16, 2021
judgment that denied the motion for summary judgment filed by
defendants, Shelton Restaurant Group, LLC d/b/a Popeye's
Louisiana Kitchen and Insurance Programs of America, Inc., is
vacated. Defendants raised objections to the evidence submitted
by plaintiffs, Ernest Reney, Paul Reney, Patricia Johnson, and
Elizabeth Reney, with their supplemental opposition to
defendants' motion for summary judgment.  The trial court failed
to rule on the admissibility of such evidence in accordance with
La. Code Civ. P. art. 966(D)(2), which provides that the court
shall specifically state on the record or in writing which
documents, if any, it held to be inadmissible or declined to
consider prior to rendering judgment. This matter is remanded to
the trial court for compliance with La. Code Civ. P. art.
966(D)(2), and a ruling on defendants' motion for summary
judgment after determination of any evidentiary issues pursuant
to La. Code Civ. P. art. 966(C)(b)(4).

                         **PMc**
                         **JEW**
                         **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT